1   AARON D. FORD
        Attorney General
2   DOUGLAS R. RANDS, Bar No. 3572
        Senior Deputy Attorney General
3   State of Nevada
    Public Safety Division
4   100 N. Carson Street
    Carson City, NV  89701-4717
5   Tel:  (775) 684-1150
    E-mail:  drands@ag.nv.gov
6
    *Attorneys for Defendants*
7

8                  **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10  JASMINE PAUL SANCHEZ,

11              Plaintiff,                    Case No.  3:18-cv-00317-MMD-CLB

12  v.                                        **STIPULATION AND ORDER FOR
                                              DISMISSAL WITH PREJUDICE**
13  ELY STATE PRISON, et al.,

14              Defendants.

15  JASMINE PAUL SANCHEZ,

16              Plaintiff,                    Case No.  3:18-cv-00475-MMD-WGC

17  v.                                        **STIPULATION AND ORDER FOR
                                              DISMISSAL WITH PREJUDICE**
18  GITTERE, et al.,

19              Defendants.

20  JASMINE PAUL SANCHEZ,

21              Plaintiff,                    Case No.  3:19-cv-00431-MMD-WGC

22  v.                                        **STIPULATION AND ORDER FOR
                                              DISMISSAL WITH PREJUDICE**
23  BRALOWER, et al.,

24              Defendants.

25  JASMINE PAUL SANCHEZ,

26              Plaintiff,                    Case No.  3:19-cv-00432-MMD-CLB

27  v.                                        **STIPULATION AND ORDER FOR
                                              DISMISSAL WITH PREJUDICE**
28  GITTERE, et al.,

                Defendants.

                                        1

| | |
|---|---|
| 1 | JASMINE PAUL SANCHEZ, | Case No.  3:19-cv-00447-MMD-CLB |
| 2 |        Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3 | v. | |
| 4 | JONES, et al., | |
| 5 |        Defendants. | |

1 | JASMINE PAUL SANCHEZ,

2 |        Plaintiff,         Case No.  3:19-cv-00447-MMD-CLB

3 | v.                        **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

4 | JONES, et al.,

5 |        Defendants.

6 | JASMINE PAUL SANCHEZ,

7 |        Plaintiff,         Case No.  3:19-cv-00448-MMD-CLB

8 | v.                        **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

9 | KIRCHEN, et al.,

10 |        Defendants.

11 | JASMINE PAUL SANCHEZ,

12 |        Plaintiff,         Case No.  3:19-cv-00492-MMD-WGC

13 | v.                        **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

14 | GITTERE, et al.,

15 |        Defendants.

16 | JASMINE PAUL SANCHEZ,

17 |        Plaintiff,         Case No.  3:19-cv-00527-MMD-WGC

18 | v.                        **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

19 | HOMAN, et al.,

20 |        Defendants.

21 | JASMINE PAUL SANCHEZ,

22 |        Plaintiff,         Case No.  3:19-cv-00557-MMD-WGC

23 | v.                        **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

24 | ROSE, et al.,

25 |        Defendants.

26

27

28

2

| | |
|---|---|
| 1 | JASMINE PAUL SANCHEZ, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | MANNING, et al., |
| 5 | Defendants. |

Case No.  3:19-cv-00757-RCJ-CLB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 6 | JASMINE PAUL SANCHEZ, |
| 7 | Plaintiff, |
| 8 | v. |
| 9 | WICKHAM, et al., |
| 10 | Defendants. |

Case No.  3:20-cv-00291-MMD-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 11 | JASMINE PAUL SANCHEZ, |
| 12 | Plaintiff, |
| 13 | v. |
| 14 | HOMAN, et al., |
| 15 | Defendants. |

Case No.  3:20-cv-00319-APG-CLB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 16 | JASMINE PAUL SANCHEZ, |
| 17 | Plaintiff, |
| 18 | v. |
| 19 | REUBART, et al., |
| 20 | Defendants. |

Case No.  3:20-cv-00610-MMD-CLB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 21 | JASMINE PAUL SANCHEZ, |
| 22 | Plaintiff, |
| 23 | v. |
| 24 | JONES, et al., |
| 25 | Defendants |

Case No.  3:20-cv-00577-MMD-CLB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

26     IT IS HEREBY STIPULATED by and between Jasmine Paul Sanchez, in proper person, and

27 Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and

28 Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, based upon the

3

1  Settlement Agreement between the parties, that the above-captioned actions should be dismissed with

2  prejudice by order of this Court, with each party to bear his own costs.

3  DATED this ⌊4 day of December, 2020.       DATED this _____ day of December, 2020

4                                             AARON D. FORD
                                              Attorney General
5

6

7  _____           By: _____
   JASMINE PAUL SANCHEZ                           DOUGLAS R. RANDS, Bar No. 3572
8  Plaintiff, *Pro Se*                            Senior Deputy Attorney General
                                                  MEREDITH BERESFORD, Bar No. 13308
9                                                 Deputy Attorney General

10                                            *Attorneys for Defendants*

11

12                                            **IT IS SO ORDERED.**

13

14

15                                            **UNITED STATES DISTRICT JUDGE**

16                                            **DATED:** __December 15, 2020__

17

18

19

20

21

22

23

24

25

26

27

28

4